NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PERSONALIZED MEDIA COMMUNICATIONS, LLC,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Cross-Appellant*

———————————

2021-1788, 2021-1835

———————————

Appeals from the United States District Court for the Eastern District of Texas in No. 2:19-cv-00090-JRG, Chief Judge J. Rodney Gilstrap.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of the parties' joint motion to voluntarily dismiss these appeals pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeals are withdrawn.

2    PERSONALIZED MEDIA COMMUNICATIONS, LLC v. GOOGLE LLC

(2)  The parties shall bear their own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

October 25, 2023
          Date

ISSUED AS A MANDATE: October 25, 2023